Bodycentric Healing Arts LLC
Serena Morris
Subcontractors                                                                08/30/19
                                                                              1,090.50

                                                                              1255

BMT Checking-0961  8/5-18/2019                                                1,090.50

**Bodycentric Healing Arts LLC**

Serena Morris                                    08/16/19
Subcontractors
                                                                              1,086.75

                                                                              1249

BMT Checking-0961  7/22-8/4/2019                                              1,086.75

**Bodycentric Healing Arts LLC**

Serena Morris                         08/02/19
Subcontractors
                                                                              1,170.00

                                                                              1242

BMT Checking-0961  7/8-21/2019                                                1,170.00

Bodycentric Healing Arts LLC                                                                    1235

    Serena Morris                                                                    07/19/19
    Subcontractors                                                                           758.00

BMT Checking-0961  6/24-7/5/2019                                                      758.00

---

**Bodycentric Healing Arts LLC**                                                        1224

Serena Morris   7/5/2019

$ 1,123.50

6/10-23/2019

---

**Bodycentric Healing Arts LLC**                                                        1218

    Serena Morris                                           06/21/19
    Subcontractors                                                     1,076.75

BMT Checking-0961  May 27- June 6, 2019                                       1,076.75

**Bodycentric Healing Arts LLC**                                                                                1211

    Serena Morris                                                            06/07/19
    Subcontractors                                                                                     1,075.00

BMT Checking-0961  May 13-26, 2019                                                                1,075.00

**Bodycentric Healing Arts LLC**                                                                                1204

    Serena Morris                                                            05/24/19
    Subcontractors                                                                                       972.00

BMT Checking-0961  April 29-May 12, 2019                                                            972.00

**Bodycentric Healing Arts LLC**                                                                                1199

    Serena Morris                                                            05/10/19
    Subcontractors                                                                                     1,210.40

BMT Checking-0961  April 15-28, 2019                                                                1,210.40

**Bodycentric Healing Arts LLC**

    Serena Morris  
    Subcontractors

**1188**

04/26/19

921.48

BMT Checking-0961  April 1-14, 2019

921.48

**Bodycentric Healing Arts LLC**

    Serena Morris  
    Subcontractors

**1183**

04/12/19

444.13

BMT Checking-0961  March 18-31, 2019

444.13

**BodyCentric Healing Arts LLC**

    Serena Morris  
    Subcontractors

**1176**

03/29/19

1,147.88

BMT Checking-0961  March 4-17, 2019

1,147.88

Serena Morris   3/15/19
$1,190.76
2/18-3/3/19

1166

---

**Bodycentric Healing Arts LLC**

Serena Morris                           03/01/19
Subcontractors                                      1,022.13

1162

BMT Checking-0961  Feb 4-17, 2019                   1,022.13

---

**Bodycentric Healing Arts LLC**

Serena Morris                           02/15/19
Subcontractors                                       987.13

1155

BMT Checking-0961  Jan 21- Feb 3, 2019               987.13